# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## Gainesville DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Anderson, Otis

Inmate # DOJOZMI12312J

(Enter full name of Plaintiff)

vs.

CASE NO: 1:19CV153 AW/GRJ
(To be assigned by Clerk)

John A. Guyton 966 Gainesville police

_____,

_____,

_____,

_____.

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

## ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

FILED USDC FLND GV
AUG 5 '19 PM 12:28



I. **PLAINTIFF:**

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Anderson, Otis
Inmate Number: Do-to2MnI,23/21
Prison or Jail: Alachua County Sheriffs office Jail
Mailing address: 3333 NE 39 Ave
Gainesville Fla 32609

II. **DEFENDANT(S):**

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: John A. Buxton
    Official position: Gainesville police
    Employed at: Gainesville Police Dept
    Mailing address: 721 NW 6th Street
    Gainesville Fla 32601

(2) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

(3) Defendant's name: _____
    Official position: _____
    Employed at: _____
    Mailing address: _____

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

## III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.  PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(✓)

1.  Parties to previous action:
    (a) Plaintiff(s): ___ιι___
    (b) Defendant(s): ___ιι___
2.  Name of judge: ___ιι___    Case #: ___ιι___
3.  County and judicial circuit: ___ιι___
4.  Approximate filing date: ___ιι___
5.  If not still pending, date of dismissal: ___ιι___
6.  Reason for dismissal: ___ιι___
7.  Facts and claims of case: ___ιι___
    ___ιι___

**(Attach additional pages as necessary to list state court cases.)**

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(✓)

1.  Parties to previous action:
    a.  Plaintiff(s): ___ιι___
    b.  Defendant(s): ___ιι___
2.  District and judicial division: ___ιι___
3.  Name of judge: ___ιι___    Case #: ___ιι___
4.  Approximate filing date: ___ιι___
5.  If not still pending, date of dismissal: ___ιι___
6.  Reason for dismissal: ___ιι___

3

7. Facts and claims of case: _____ n/a _____
   _____ n/a _____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

   Yes( )   No(✓)

   If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

   1. Parties to previous action:
      a. Plaintiff(s): _____ n/a _____
      b. Defendant(s): _____ n/a _____
   2. District and judicial division: _____ n/a _____
   3. Name of judge: _____ n/a _____   Case #: _____ n/a _____
   4. Approximate filing date: _____ n/a _____
   5. If not still pending, date of dismissal: _____ n/a _____
   6. Reason for dismissal: _____ n/a _____
   7. Facts and claims of case: _____ n/a _____
      _____ n/a _____

   **(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

   Yes( )   No(✓)

   1. Parties to previous action:
      a. Plaintiff(s): _____ n/a _____
      b. Defendant(s): _____ n/a _____
   2. District and judicial division: _____ n/a _____
   3. Name of judge: _____ n/a _____   Case Docket # _____ n/a _____
   4. Approximate filing date: _____ n/a _____   Dismissal date: _____ n/a _____
   5. Reason for dismissal: _____ n/a _____

4

6. Facts and claims of case: _____c1_____
   _____u_____

(Attach additional pages as necessary to list cases.)

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1) On 2/4/19 at about 10:15 pm, while walking with an accomplice Willie Dunn. 2) I was stopped by Gainesville police officer M. Hayes-Morrison D.M. 3) Hayes, Morrison held me and his accomplice Willie Dunn for 30 to 40 minutes. 4) Officer Hayes, Morrison - by demand told both myself and Dunn, Willie to stand in the front of his SUV. 5) While standing for 30 to 40 minutes 6) Officer Hayes, Morrison #845 called back up officers, such as John A. Guyton #966 and J.T Sowards #754. 7) Upon arrival I was searched and hand cuffed by John A. Guyton 966. 8) After not finding anything on my person. 9) Officer John A. Guyton #966 then took me to his patrol vehicle. 10) After questioning me. 11) Officer John A. Guyton placed me into the backseat of his patrol vehicle. 12) Officer John A. Guyton then immediately took me to North Florida Medical Center for medical clearance 13) While at North Florida Medical Center. 14) Officer John A. Guyton removed what appeared to be a knot in my right side sock, what appeared to be spice, without testing. 15) In which I was not charged, but he written it in the supplement arrest report as he observed this only. 16) After leaving this medical facility, 17) I was immediately taken to the Alachua County Sheriffs office jail 18). Once I entered the jail 19) Officer John A. Guyton had me stripped searched

5

And placed me into the Holding Cell 20) He then walked to the Booking Area at the Sheriff Office Jail. 21) He then mention to booking staff about He needed to contact D.M Hayes Morrison to GET Information 22) upon making contact by phone 23) Officer John A. Guyton wrote this police report while on the Jail phone. 24) In this Arrest Report Officer John A. Guyton stated not himself, but Law Enforcement observed and informed him of all the suppose Contraband Discovered. 25) Where as D.M. Hayes Morrison #845 who observed and informed John A. Guyton #960 should have written this Arrest Report, while under oath himself. 26) Discovery States Hayes. Morrison who informed and observed Collected All Contraband and Spoke to Witnesses. 27) Then He Stated in this Discovery He turned over Evidence to John A. Guyton. 28) Then He stated He had no further Involvement with this Case. 29) Then allowed John A. Guyton to FALSELY Arrest ME Without Proper Knowledge. 30) John A. Guyton police officer who is listed as Arresting officer in Arrest Records, processed arrestee throughout Arrest process. And ultimately Signed Under Oath Criminal Complaint Charging Arrestee with drug related offenses was not among this officer Hayes-Morrison who Initially stopped Arrestee and observed or informed Him. 31) But placed Arrestee in Handcuffs. 31) And this officer John A. Guyton was not personally involve in this, such that He could be held liable for false arrest. 32) Jurat Dated at bottom of Arresting Supplement Sheet date Jan 5th, 2019. Incident occured February 4, 2019. 33) Where as Citation Written dated 2/5/19 (Instead of 2/4/19) 34) Ticket states no crash no passengers 35) Arrest Report Supplement and Discovery states 3 passengers and a Crash. (Completely vague). Citation Written on 2/5/19 Instead of 2/4/19. End of Facts!

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

(4) Amendment (8) Amendment (14) Amendment
False Arrest
Perjury / Misleading Statements
Oath Violation
Due Process
False Statement seeking to Cause Harm to Another

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Compensation 10,000 each
Cases Dropped

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

8/1/19
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on:
the _1st_ day of _August_, 20_19_.

(Signature of Plaintiff)

Revised 03/07

7