IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

OTIS ANDERSON,

    **Plaintiff,**

v.                                                Case No. 1:19-cv-153-AW-GRJ

JOHN A. GUYTON,

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This case is before the Court upon the magistrate judge's Report and Recommendation dated October 10, 2019. ECF No. 14. No objections have been filed. Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The Clerk shall enter a judgment that states: "This case is DISMISSED without prejudice for failure to comply with an order of the court."

3. The Clerk shall close the file.

SO ORDERED on November 13, 2019.

                                                  s/ *Allen Winsor*
                                                United States District Judge